IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-0047-SPM -GRJ

ALLEN ELLIS GILLESPIE,

_____/

## O R D E R

This case is before the Court on Doc. 64, Defendant's request for a copy of the Government's supplemental response (Doc. 63) and an extension of time to submit his supplemental reply brief. This Court previously ordered the Government to submit a supplemental brief on or before October 12, 2011. The Defendant's deadline is November 1, 2011. The Government submitted its supplemental response brief on October 11, 2011 and certified that a copy was mailed to Defendant's address of record. Defendant's instant motion, dated October 20, 2011, indicates that his wife told him that a response was filed but he had not received his copy. It does not appear that Defendant's address has changed. This Court has no obligation to provide free copies of case documents to Defendant. However, in the interest of expeditiously resolving this case, the Court will provide a one-time courtesy copy of the supplemental response (Doc. 63) to Defendant in case he still has not received his service copy.

Accordingly, it is **ORDERED:**

Defendant's requests are **GRANTED.** The **Clerk** shall mail one copy of the Government's supplemental response (Doc. 63) to Defendant. Defendant's supplemental reply brief is due **on or before November 21, 2011**. The brief

may not exceed 10 pages without seeking prior leave of this Court.

**DONE AND ORDERED** this 25th day of October 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge