IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:05cr47-SPM-GRJ

ALLEN ELLIS GILLESPIE

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

THIS CAUSE comes before the Court upon Petitioner's Request for Reconsideration of the Denial of his Motion Filed Pursuant to Title 28 U.S.C. § 2255. Doc. 74. The Court finds no basis to change its prior ruling, as explained on pages 9 and 10 of the report and recommendation, that Petitioner's conviction for fleeing and attempting to elude an officer in a motor vehicle qualifies under the ACC's residual clause as a violent felony in accordance with Sykes v. United States, 131 S.Ct. 2267, 2273 (2011).. Accordingly it is

ORDERED AND ADJUDGED: The motion for reconsideration (doc. 74) is denied.

DONE AND ORDERED this 3rd day of April, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge