IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:05cr47-SPM-GRJ

ALLEN ELLIS GILLESPIE

_____/

### **ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

Upon consideration, Petitioner's Request for a Certificate of Appealability (doc. 76) is denied for the reasons stated in the Report and Recommendation (doc. 70) and the Order adopting it (doc. 72).

SO ORDERED this 10th day of April, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge